■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL B. BARKSDALE, Appellant. [984 NYS2d 281]—Appeal from a judgment of the Monroe County Court (Brian M. McCarthy, J.), rendered December 4, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree and criminal mischief in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.